UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE MANNING**
**MAGISTRATE JUDGE COX**

**07 C 7202**

| | |
|---|---|
| HELEN OF TROY LIMITED, and OXO INTERNATIONAL LTD, <br><br> Plaintiffs, <br> v. <br><br> LIFETIME BRANDS, INC., THE PFALTZGRAFF CO., OUTLET RETAIL STORES, INC., and PFALTZGRAFF FACTORY STORES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ <br><br> JURY TRIAL DEMANDED |

**FILED**

**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Plaintiff HELEN OF TROY LIMITED states that the entit(ies) owning more than 5% of HELEN OF TROY LIMITED include:

HELEN OF TROY LTD
CLARENDON HOUSE
CHURCH STREET
HAMILTON BERMUDA

Pursuant to Local Rule 3.2, Plaintiff OXO INTERNATIONAL LTD, states that its partner(s) include:

HELEN OF TROY NEVADA CORPORATION
(GENERAL PARTNER)
1 HELEN OF TROY PLAZA
EL PASO, TEXAS 79912

HOT NEVADA, INC.
(LIMITED PARTNER)
202 SOUTH MINNESOTA STREET
CARSON CITY, NEVADA 89703

Dated: December 21, 2007                     Helen of Troy Limited and OXO International Ltd.

                                              By     s/Alan L. Unikel
                                              An Attorney for Plaintiffs

<u>Attorneys for Plantiffs</u>
Alan L. Unikel
Joseph R. Lanser
Brian S. Clise
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11382611.1