UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
**JUDGE MANNING**
**MAGISTRATE JUDGE COX**

**07 C 7202**

HELEN OF TROY LIMITED, and OXO )
INTERNATIONAL LTD, )
 )
      Plaintiffs, )   Civil Action No. _____
v. )
 )   JURY TRIAL DEMANDED
 )
LIFETIME BRANDS, INC., THE )
PFALTZGRAFF CO., OUTLET RETAIL )
STORES, INC., and PFALTZGRAFF )
FACTORY STORES, INC., )
 )
      Defendants.

**FILED**

**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF CLAIM FOR PATENT INFRINGEMENT
### UNDER TITLE 35, UNITED STATES CODE, SECTION 290

Pursuant to Local Rule 3.4, please take notice that a complaint has been filed (as captioned above) alleging infringement of the following United States Patent:

| Inventors | Patent Number |
|---|---|
| Jerstrom, Goeran | 6,585,629 |
| Zadeh, Allen | |
| Prommel, Mark D. | |

The names and address of the parties are listed below:

Plaintiffs:
HELEN OF TROY LIMITED
13 – 8th Avenue
St. Michael, Barbados

OXO INTERNATIONAL LTD.
1 Helen of Troy Plaza
El Paso, Texas 79912

<u>Defendants:</u>

LIFETIME BRANDS, INC.
1000 Stewart Avenue
Garden City, NY 11530

THE PFALTZGRAFF CO.
c/o Lifetime Brands
1000 Stewart Avenue
Garden City, NY 11530

OUTLET RETAIL STORES, INC.
1 Merrick Avenue
Westbury, NY 11590

PFALTZGRAFF FACTORY STORES, INC.
1000 Stewart Avenue
Garden City, NY 11530

Dated: December 21, 2007         Helen of Troy Limited and OXO International Ltd.

                                 By   s/ Alan L. Unikel
                                 An Attorney for Plaintiffs

<u>Attorneys for Plantiffs</u>
Alan L. Unikel
Joseph R. Lanser
Brian S. Clise
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11382609.1