## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HELEN OF TROY LIMITED, and OXO INTERNATIONAL LTD, <br><br>　　　　Plaintiffs, <br>　v. <br><br>LIFETIME BRANDS, INC., THE PFALTZGRAFF CO., OUTLET RETAIL STORES, INC., and PFALTZGRAFF FACTORY STORES, INC., <br><br>　　　　Defendants. | Civil Action No. 07-cv-7202 <br><br>JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)

Plaintiffs HELEN OF TROY LIMITED AND OXO INTERNATIONAL LTD. hereby dismiss the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: February 27, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　HELEN OF TROY AND OXO
　　　　　　　　　　　　　　　　　　　　INTERNATIONAL LIMITED,
　　　　　　　　　　　　　　　　　　　　Plaintiffs


　　　　　　　　　　　　　　　　　　　　By___s/__Brian S. Clise_____
　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Alan L. Unikel
Brian S. Clise
SEYFARTH SHAW LLP
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603
(312) 460-5000

CH1 11424340.1